# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:17-CV-20459-JLK

Plaintiff:
**DESIREE MARENGO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**MIAMI RESEARCH ASSOCIATES, LLC, D/B/A QPS MIAMI RESEARCH ASSOCIATES, A FLORIDA CORPORATION**

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 6th day of February, 2017 at 11:28 am to be served on **MIAMI RESEARCH ASSOCIATES, LLC REGISTERED AGENT: RAMU, KUMAR, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Jose Espino, do hereby affirm that on the **8th day of February, 2017** at **9:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **JOSE MARCOS** as **EXEDCUTIVE DIRECTOR/AUTHORIZED** for **MIAMI RESEARCH ASSOCIATES, LLC**, at the address of: **6141 SUNSET DRIVE, SUITE 301, MIAMI, FL 33143**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/6/2017  4:00 pm  SUMMONS WAS REJECTED. CT CORP NOR NRAI SERVICE INC IS THE REGISTERED AGENT OF MIAMI RESEARCH ASSOCIATES.  THERE IS NO KUMAR RAMU AT THIS ADDRESS.

PER SUNBIZ, PRINCIPAL PLACE OF BUSINESS: NEW MRA HOLDINGS, INC. 6141 SUNSET DRIVE, SUITE 301 MIAMI, FL 33143.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: WHITE, Height: 6', Weight: 200, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Jose Espino
Certified Process Server #303

**L & L Process, LLC.**
**13876 SW 56 Street**
**Suite 200**
**Miami, FL 33175**
**(305) 772-8804**

Our Job Serial Number: LLP-2017000185

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e