**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:17-cv-20459-JLK**

DESIREE MARENGO
individually and on behalf of all
others similarly situated,                                        **CLASS ACTION**

       Plaintiff,                                        **JURY TRIAL DEMANDED**

v.

MIAMI RESEARCH ASSOCIATES, LLC,
d/b/a QPS MIAMI RESEARCH ASSOCIATES,
a Florida corporation,

       Defendant.
_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

      Plaintiff, Desiree Marengo, pursuant to Rule 36, Federal Rules of Civil Procedure, requests

Defendant, Miami Research Associates, LLC d/b/a QPS Miami Research Associates, to admit or deny

the matters set forth below within thirty (30) days from the date of service hereof.  All of the request for

admissions relate to the four (4) year period preceding the filing of this lawsuit unless otherwise

specified.

## DEFINITIONS

      As used herein, the terms listed below are defined as follows:

    A.      "You" or "MRA" shall mean Defendant, Miami Research Associates, LLC d/b/a QPS

Miami Research Associates.

    B.      "Text Message(s)" shall mean an electronic message sent to a mobile telephone by you,

or on your behalf, regarding a clinical trial or study being conducted by you.

    C.      "Subject Text Message" shall mean the text message identified in Plaintiff's Complaint

## <u>REQUEST FOR ADMISSIONS</u>

1.       Admit that the equipment used to transmit the Subject Text Message has the current

capacity to store or produce telephone numbers to be called using a random or sequential number

generator, and to dial such numbers.

2.       Admit that the equipment used to transmit Text Messages has the current capacity to

store or produce telephone numbers to be called using a random or sequential number generator, and to

dial such numbers.

3.       Admit that you caused the Subject Text Message to be sent to Plaintiff.

4.       Admit that the Subject Text Message was sent to Plaintiff by someone on your behalf.

5.       Admit that you caused Text Messages to be sent to cellular telephones of individuals.

6.       Admit that Text Messages were sent to individuals' cellular telephones by someone on

your behalf.

7.       Admit that one of the reasons for sending the Subject Text Message was to promote

your company's services.

8.       Admit that one of the reasons for sending the Subject Text Message was to promote

consumer awareness of your company and/or its services.

9.       Admit that one of the reasons for sending Text Messages was to promote your

company's services.

10.       Admit that one of the reasons for sending Text Messages was to promote consumer

awareness of your company and/or its services.

11.       Admit that one or more individuals participated in your clinical studies or trials as a

result of receiving a Text Message.

12.     Admit that you are compensated by pharmaceutical companies for conducting clinical trials.

13.     Admit that you received compensation in exchange for sending the Subject Text Message.

14.     Admit that you received compensation in exchange for sending Text Messages.

15.     Admit that you offered your services to recipients of Text Messages.

16.     Admit that Plaintiff did not provide her telephone number to you.

17.     Admit that the Subject Text Message was part of a marketing campaign the purpose of which, in part, was to increase consumer awareness of your company and/or its services.

18.     Admit that Plaintiff did not provide you with written consent or permission authorizing you to contact her on her cellular telephone with the use of an automatic telephone dialing system.

19.     Admit that Plaintiff did not provide you with any type of consent or permission authorizing you to contact her on her cellular telephone with the use of an automatic telephone dialing system.

20.     Admit that you did not obtain written consent or permission from recipients of Text Messages authorizing you to contact them on their cellular telephones with the use of an automatic telephone dialing system.

21.     Admit that you did not obtain any type consent or permission from recipients of Text Messages authorizing you to contact them on their cellular telephones with the use of an automatic telephone dialing system.

22.     Admit that the Subject Text Message was sent to Plaintiff's cellular telephone.

23.     Admit that you have never had any type of business relationship with Plaintiff.

24.     Admit that you were aware of the restrictions imposed by the Telephone Consumer Protection Act before you caused the Subject Text Message to be sent.

25.     Admit that the document attached hereto as **Exhibit A** is a true and accurate depiction of the following website address owned and/or operated by you: http://www.miamiresearch.com/patient-recruitment-mra-EP.htm.

26.     Admit that the document attached hereto as **Exhibit B** is a true and accurate depiction of the following website address owned and/or operated by you: http://www.healthadvertising.com.

27.     Admit that the document attached hereto as **Exhibit C** is a true and accurate depiction of the following website address owned and/or operated by you: http://miamiresearch.com/2013-Web/patient-recruitment-mra.htm.

28.     Admit that the document attached hereto as **Exhibit D** is a true and accurate depiction of the following website address owned and/or operated by you: http://www.miamiresearch.com/patientrecruitment.htm.

29.     Admit that you have received one or more complaints from recipients of Text Messages.

30.     Admit that you do not have any policies or procedures in place to confirm that the individual listed on your database in connection with a telephone number is in fact the owner of that number.

31.     Admit that you use "Text Marketing," as that term is used on your website (http://www.miamiresearch.com/patient-recruitment-mra-EP.htm), to promote your company and/or its services.

32.     Admit that you have sent more than 100,000 Text Messages.

33.     Admit that you have sent more than 300,000 Text Messages.

34.     Admit that you have sent more than 900,000 Text Messages.

Date:  March 29, 2017

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

and

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
Florida Bar No. 101754
*efilings@shamisgentile.com*
14 NE 1st Avenue, Suite 400
Miami, Florida  33132
(t) (305) 479-2299
(f) (786) 623-0915
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CETIFY that on March 29, 2017, I electronically served the foregoing document

on counsel for Defendant:

Robert M. Brochin, Esq.
Brian M. Ercole, Esq.
Clay M. Carlton, Esq.
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Ste. 5300
Miami, FL 33131-2339
Email: bobby.brochin@morganlewis.com
Email: brian.ercole@morganlewis.com
Email: clay.carlton@morganlewis.com
*Counsel for Defendant*

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*