UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 0:17-cv-20459-JLK

DESIREE MARENGO,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

MIAMI RESEARCH ASSOCIATES, LLC,
d/b/a QPS MIAMI RESEARCH ASSOCIATES,
a Florida corporation,

        Defendant.

_____/

## DEFENDANT MIAMI RESEARCH ASSOCIATES, LLC'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

Defendant Miami Research Associates, LLC ("MRA"), by and through its undersigned counsel, hereby serves its responses and objections to Plaintiff Desiree Marengo's ("Plaintiff") Request for Admissions to Defendant.

### RESPONSES AND OBJECTIONS TO REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that the equipment used to transmit the Subject Text Message has the current capacity to store or produce telephone numbers to be called using a random or sequential number generator, and to dial such numbers.

**RESPONSE TO ADMISSION NO 1:**

Denied.

MORGAN, LEWIS & BOCKIUS LLP
200 S. BISCAYNE BOULEVARD, SUITE 5300, MIAMI, FLORIDA 33131-2339 • TELEPHONE +1.305.415.3000

**REQUEST FOR ADMISSION NO. 2:**

Admit that the equipment used to transmit Text Messages has the current capacity to store or produce telephone numbers to be called using a random or sequential number generator, and to dial such numbers.

**RESPONSE TO ADMISSION NO 2:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that "the equipment used to send" all text messages over the past four years "has the current capacity to store or produce telephone numbers to be called using a random or sequential number generator, and to dial such numbers," including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the investigational bird flu vaccine study ("flu study") that are not at issue in this case. MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 1.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you caused the Subject Text Message to be sent to Plaintiff.

**RESPONSE TO ADMISSION NO 3:**

MRA objects to this Request because the use of the term "caused" is vague and ambiguous and calls for a legal conclusion. Subject to this objection, MRA admits that the flu study text messages that were sent to Plaintiff were programmed by MRA personnel and sent by Advanced Telecom Services ("ATS") using the 84444 database.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the Subject Text Message was sent to Plaintiff by someone on your behalf.

**RESPONSE TO ADMISSION NO 4:**

Admit.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you caused Text Messages to be sent to cellular telephones of individuals.

**RESPONSE TO ADMISSION NO 5:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "caused Text Messages to be sent to cellular telephones of individuals" over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. MRA also objects to this Request because the use of the term "caused" is vague and ambiguous and calls for a legal conclusion. MRA further objects to this Request to the extent that it requests the same information as Request for Admission No. 3.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Text Messages were sent to individuals' cellular telephones by someone on your behalf.

**RESPONSE TO ADMISSION NO 6:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that "Text Messages were sent to individuals' cellular telephones by someone" on MRA's behalf over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical

MORGAN, LEWIS & BOCKIUS LLP
200 S. BISCAYNE BOULEVARD, SUITE 5300, MIAMI, FLORIDA 33131-2339 • TELEPHONE +1.305.415.3000

research studies other than the flu study that are not at issue in this case. MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 4.

**REQUEST FOR ADMISSION NO. 7:**

Admit that one of the reasons for sending the Subject Text Message was to promote your company's services.

**RESPONSE TO ADMISSION NO 7:**

Denied.

**REQUEST FOR ADMISSION NO. 8:**

Admit that one of the reasons for sending the Subject Text Message was to promote consumer awareness of your company and/or its services.

**RESPONSE TO ADMISSION NO 8:**

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Admit that one of the reasons for sending Text Messages was to promote your company's services.

**RESPONSE TO ADMISSION NO 9:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that "one of the reasons" for sending all text messages over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case, "was to promote [MRA's] services." MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 7.

**REQUEST FOR ADMISSION NO. 10:**

Admit that one of the reasons for sending Text Messages was to promote consumer awareness of your company and/or its services.

**RESPONSE TO ADMISSION NO 10:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that "one of the reasons" for sending all text messages over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case, "was to promote consumer awareness of your company and/or its services." MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 8.

**REQUEST FOR ADMISSION NO. 11:**

Admit that one or more individuals participated in your clinical studies or trials as a result of receiving a Text Message.

**RESPONSE TO ADMISSION NO 11:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that "one or more individuals participated in your clinical studies or trials as a result of receiving" a text message over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case.

**REQUEST FOR ADMISSION NO. 12:**

Admit that you are compensated by pharmaceutical companies for conducting clinical trials.

**RESPONSE TO ADMISSION NO 12:**

Admit.

**REQUEST FOR ADMISSION NO. 13:**

Admit that you received compensation in exchange for sending the Subject Text Message.

**RESPONSE TO ADMISSION NO 13:**

Denied.

**REQUEST FOR ADMISSION NO. 14:**

Admit that you received compensation in exchange for sending Text Messages.

**RESPONSE TO ADMISSION NO 14:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "received compensation in exchange for sending" all text messages over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 13.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you offered your services to recipients of Text Messages.

**RESPONSE TO ADMISSION NO 15:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "offered [MRA's] services to recipients of" all text messages sent over the past four years, including text messages not sent to

Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. MRA also objects to this Request because the use of the term "offered your services" is vague and ambiguous.

**REQUEST FOR ADMISSION NO. 16:**

Admit that Plaintiff did not provide her telephone number to you.

**RESPONSE TO ADMISSION NO 16:**

Denied; Plaintiff's telephone number was provided to MRA.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the Subject Text Message was part of a marketing campaign the purpose of which, in part, was to increase consumer awareness of your company and/or its services.

**RESPONSE TO ADMISSION NO 17:**

Denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that Plaintiff did not provide you with written consent or permission authorizing you to contact her on her cellular telephone with the use of an automatic telephone dialing system.

**RESPONSE TO ADMISSION NO 18:**

Denied; upon information and belief, the flu study text messages were not sent using an "autodialer" as that term is defined under the Telephone Consumer Protection Act ("TCPA").

**REQUEST FOR ADMISSION NO. 19:**

Admit that Plaintiff did not provide you with any type of consent or permission authorizing you to contact her on her cellular telephone with the use of an automatic telephone dialing system.

**RESPONSE TO ADMISSION NO 19:**

Denied; Plaintiff's cellular telephone number was provided to MRA, and MRA was asked to contact Plaintiff's telephone number concerning any future medical or clinical research studies. Further, upon information and belief, the flu study text messages were not sent using an "autodialer" as that term is defined under the TCPA.

**REQUEST FOR ADMISSION NO. 20:**

Admit that you did not obtain written consent or permission from recipients of Text Messages authorizing you to contact them on their cellular telephones with the use of an automatic telephone dialing system.

**RESPONSE TO ADMISSION NO 20:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "did not obtain written consent or permission from recipients of Text Messages authorizing you to contact them on their cellular telephones with the use of an automatic telephone dialing system" for all text messages sent over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 18.

**REQUEST FOR ADMISSION NO. 21:**

Admit that you did not obtain any type of consent or permission from recipients of Text Messages authorizing you to contact them on their cellular telephones with the use of an automatic telephone dialing system.

**RESPONSE TO ADMISSION NO 21:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "did not obtain any type of consent or permission from recipients of Text Messages authorizing you to contact them on their cellular telephones with the use of an automatic telephone dialing system" for all text messages sent over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. MRA also objects to this Request to the extent that it requests the same information as Request for Admission No. 19.

**REQUEST FOR ADMISSION NO. 22:**

Admit that the Subject Text Message was sent to Plaintiff's cellular telephone.

**RESPONSE TO ADMISSION NO 22:**

Admit.

**REQUEST FOR ADMISSION NO. 23:**

Admit that you have never had any type of business relationship with Plaintiff.

**RESPONSE TO ADMISSION NO 23:**

Denied; Plaintiff's telephone number was provided to MRA, and MRA was asked to contact Plaintiff's telephone number concerning any future medical or clinical research studies.

**REQUEST FOR ADMISSION NO. 24:**

Admit that you were aware of the restrictions imposed by the Telephone Consumer Protection Act before you caused the Subject Text Message to be sent.

**RESPONSE TO ADMISSION NO 24:**

Denied.

**REQUEST FOR ADMISSION NO. 25:**

Admit that the document attached hereto as **Exhibit A** is a true and accurate depiction of the following website address owned and/or operated by you: http://www.miamiresearch.com/patient-recruitment-mra-EP.htm.

**RESPONSE TO ADMISSION NO 25:**

Admit.

**REQUEST FOR ADMISSION NO. 26:**

Admit that the document attached hereto as **Exhibit B** is a true and accurate depiction of the following website address owned and/or operated by you: http://www.healthadvertising.com.

**RESPONSE TO ADMISSION NO 26:**

Admit.

**REQUEST FOR ADMISSION NO. 27:**

Admit that the document attached hereto as **Exhibit C** is a true and accurate depiction of the following website address owned and/or operated by you: http://miamiresearch.com/2013-Web/patient-recruitment-mra.htm.

**RESPONSE TO ADMISSION NO 27:**

Admit.

**REQUEST FOR ADMISSION NO. 28:**

Admit that the document attached hereto as **Exhibit D** is a true and accurate depiction of the following website address owned and/or operated by you: http://www.miamiresearch.com/patientrecruitment.htm.

**RESPONSE TO ADMISSION NO 28:**

Admit.

**REQUEST FOR ADMISSION NO. 29:**

Admit that you have received one or more complaints from recipients of Text Messages.

**RESPONSE TO ADMISSION NO 29:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA has "received one or more complaints from recipients of Text Messages" for all text messages sent over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. Subject to this objection, MRA denies Request for Admission No. 29.

**REQUEST FOR ADMISSION NO. 30:**

Admit that you do not have any policies or procedures in place to confirm that the individual listed on your database in connection with a telephone number is in fact the owner of that number.

**RESPONSE TO ADMISSION NO 30:**

Denied; MRA does not own the 84444 database, and the 84444 database is not MRA's database.

**REQUEST FOR ADMISSION NO. 31:**

Admit that you use "Text Marketing," as that term is used on your website (http://www.miamiresearch.com/patient-recruitment-mra-EP.htm), to promote your company and/or its services.

11

MORGAN, LEWIS & BOCKIUS LLP
200 S. BISCAYNE BOULEVARD, SUITE 5300, MIAMI, FLORIDA 33131-2339 • TELEPHONE +1.305.415.3000

**RESPONSE TO ADMISSION NO 31:**

Denied.

**REQUEST FOR ADMISSION NO. 32:**

Admit that you have sent more than 100,000 Text Messages.

**RESPONSE TO ADMISSION NO 32:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "sent more than 100,000 Text Messages" over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. Subject to this objection, MRA denies Request for Admission No. 32; 100,000 flu study text messages were not sent.

**REQUEST FOR ADMISSION NO. 33:**

Admit that you have sent more than 300,000 Text Messages.

**RESPONSE TO ADMISSION NO 33:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "sent more than 300,000 Text Messages" over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. Subject to this objection, MRA denies Request for Admission No. 33; 300,000 flu study text messages were not sent.

MORGAN, LEWIS & BOCKIUS LLP
200 S. BISCAYNE BOULEVARD, SUITE 5300, MIAMI, FLORIDA 33131-2339 • TELEPHONE +1.305.415.3000

**REQUEST FOR ADMISSION NO. 34:**

Admit that you have sent more than 900,000 Text Messages.

**RESPONSE TO ADMISSION NO 34:**

MRA objects to this Request as overly broad and not relevant and proportional to the needs of the case, because it asks MRA to admit that MRA "sent more than 900,000 Text Messages" over the past four years, including text messages not sent to Plaintiff's cellular telephone number that relate to medical or clinical research studies other than the flu study that are not at issue in this case. Subject to this objection, MRA denies Request for Admission No. 34; 900,000 flu study text messages were not sent.

Dated: June 7, 2017

Respectfully submitted,

*/s/ Clay M. Carlton*

Robert M. Brochin (Fla. Bar No. 319661)
Brian M. Ercole (Fla. Bar No. 0102189)
Clay M. Carlton (Fla. Bar No. 85767)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Ste. 5300
Miami, FL 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001
Email: bobby.brochin@morganlewis.com
Email: brian.ercole@morganlewis.com
Email: clay.carlton@morganlewis.com

-and-

Ezra D. Church (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: ezra.church@morganlewis.com

*Attorneys for Defendant Miami Research Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, I caused a true and correct copy of Defendant Miami Research Associates, LLC's Responses To Plaintiff's Request For Admissions To Defendant to be served on all counsel of record by electronic mail.

_____
Clay M. Carlton

MORGAN, LEWIS & BOCKIUS LLP
200 S. BISCAYNE BOULEVARD, SUITE 5300, MIAMI, FLORIDA 33131-2339 • TELEPHONE +1.305.415.3000