UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 17-20459-CIV-KING/SIMONTON

DESIREE MARENGO,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

MIAMI RESEARCH ASSOCIATES, LLC,
d/b/a QPS MIAMI RESEARCH ASSOCIATES,
a Florida corporation,

        Defendant.

_____/

**DEFENDANT MIAMI RESEARCH ASSOCIATES, LLC'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
<u>PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

Defendant Miami Research Associates, LLC ("MRA") hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) for a 7-day enlargement of time—up to and including August 17, 2017—to respond to Plaintiff's Motion to Compel Discovery ("Motion to Compel") (ECF No. 25). Plaintiff Desiree Marengo ("Plaintiff") does not oppose the relief requested. In support of this unopposed motion, MRA states as follows:

    1.    On March 29, 2017, Plaintiff served written discovery on MRA, including Interrogatories, Requests for Admissions and Requests for Production.

    2.    On June 7, 2017, MRA served its Responses to Plaintiff's First Set of Interrogatories, Responses to Plaintiff's Requests for Admissions and Responses to Plaintiff's Requests for Production.

3. Plaintiff sent a meet and confer letter to MRA on June 27, 2017, which requested a meet and confer conference concerning MRA's responses to Plaintiff's written discovery.

4. On July 3, 2017 and July 7, 2017, the Parties held meet and confer conferences to discuss the issues outlined in Plaintiff's meet and confer letter.

5. During the meet and confer conferences, the Parties agreed to extend the deadline for Plaintiff to file her Motion to Compel to July 14, 2017, as permitted under Local Rule 26.1(g).

6. On July 13, 2017, Plaintiff filed a Motion to Extend Deadline to File Motion to Compel Defendant's Discovery Responses (ECF No. 23), which sought a 14-day extension of time for Plaintiff to file her Motion to Compel. The Court granted Plaintiff's 14-day extension of time on July 14, 2017 (ECF No. 24).

7. Plaintiff filed her Motion to Compel on July 27, 2017.

8. Pursuant to Local Rule 7.1(c), the current deadline for MRA to respond to Plaintiff's Motion to Compel is August 10, 2017.

9. MRA respectfully requests a 7-day enlargement of time—up to and including August 17, 2017—to respond to Plaintiff's Motion to Compel.

10. Pursuant to Fed. R. Civ. P. 6(b)(1), good cause exists for this relief for several reasons. A short extension of time is needed for MRA to further evaluate the arguments raised in Plaintiff's Motion to Compel, and then to prepare and finalize its response. In addition, Plaintiff does not oppose this extension, and this is MRA's first request for an extension of time to respond to Plaintiff's Motion to Compel. Moreover, after the Parties agreed to extend the deadline for Plaintiff to file her Motion to Compel by seven days under Local Rule 26.1(g),

Plaintiff sought and was granted an additional 14-day extension of time to file her Motion to Compel.

11.     This extension is being sought in good faith and not for delay or any other improper purpose, and it will provide MRA with a reasonable opportunity to prepare and finalize its response to Plaintiff's Motion to Compel.

WHEREFORE, MRA respectfully requests that the Court enter the attached Order granting it a short enlargement of time—until August 17, 2017—to respond to Plaintiff's Motion to Compel.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

MRA has conferred with Plaintiff's counsel about the requested extension of time in accordance with Local Rule 7.1(a)(3), and Plaintiff's counsel does not oppose the relief requested.

Dated: August 9, 2017

Respectfully submitted,

*/s/ Brian M. Ercole*
Robert M. Brochin (Fla. Bar No. 319661)
Brian M. Ercole (Fla. Bar No. 0102189)
Clay M. Carlton (Fla. Bar No. 85767)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Ste. 5300
Miami, FL 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001
Email: bobby.brochin@morganlewis.com
Email: brian.ercole@morganlewis.com
Email: clay.carlton@morganlewis.com

-and-

Ezra D. Church (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: ezra.church@morganlewis.com

*Attorneys for Miami Research Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a true and correct copy of Defendant Miami Research Associates, LLC's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion to Compel Discovery was filed electronically and served on all counsel of record via the Court's ECF System.

*s/ Brian M. Ercole*
Brian M. Ercole