UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20459-CIV-KING

DESIREE MARENGO, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

MIAMI RESEARCH ASSOCIATES, LLC, *a Florida corporation doing business as OPS Miami Research Associates*,

    Defendant.
_____/

## ORDER CHANGING THE PLACE OF FAIRNESS HEARING RE: PRELIMINARY APPROVAL CLASS ACTION SETTLEMENT

THIS MATTER comes before the Court upon *sua sponte*. After careful review and being fully advised in the premises thereof, it is hereby

ORDERED, ADJUDGED, and DECREED that the place of the Fairness Hearing re: Preliminary Approval of Class Action Settlement is hereby **changed** and the respective parties are hereby required to appear (both counsel is not required) before the Court on **Thursday, April 26, 2018 at 10:00 a.m.** at the Wilkie D. Ferguson Federal Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-1, Miami, FL.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 17th day of April, 2018.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

<u>*Counsel for Plaintiff*</u>

**Andrew John Shamis**
14 NE 1st Ave STE 400
Miami, FL 33131
404-797-9696
Email: ashamis@sflinjuryattorneys.com

**Seth Michael Lehrman**
Edwards Pottinger, LLC
425 N. Andrews Ave.
Suite 2
Fort Lauderdale, FL 33301
954-524-2820
Fax: 954-524-2822
Email: seth@epllc.com

**Manuel Santiago Hiraldo**
Hiraldo P.A.
401 E. Las Olas Blvd. Ste 1400
Fort Lauderdale, FL 33394
954-400-4713
Email: mhiraldo@hiraldolaw.com

*Counsel for Defendant*

**Ezra D. Church**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5710
Email: ezra.church@morganlewis.com

**Robert Mark Brochin**
Morgan, Lewis & Bockius LLP
200 S Biscayne Boulevard
Suite 5300 First Union Financial Center
Miami, FL 33131-2339
305-415-3456
Fax: 305-415-3001
Email: bobby.brochin@morganlewis.com

**Brian Michael Ercole**
Morgan Lewis , Bockius
200 South Biscayne Blvd
Suite 5300
Miami, FL 33131
305-415-3416
Fax: 325-415-3001
Email: brian.ercole@morganlewis.com

**Clay Matthew Carlton**
Morgan, Lewis , Bockius LLP
200 South Biscayne Blvd.
Suite 5300
Miami, FL 33131
305-415-3447
Fax: 305-415-3001
Email: clay.carlton@morganlewis.com